UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0182 SI |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| JOSE VALENTIN-CASTRO, a/k/a Martin G. Contreras, | ) | |
| Defendant. | ) | |

Based upon the Stipulation of defendant Jose Valentin-Castro and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from April 2, 2007, to April 10, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 4/4/07

_____
EDWARD M. CHEN
United States Magistrate Judge

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI