1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  BRIGID S. MARTIN (CASBN 231705)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone:  (415) 436-7129
7      Facsimile:  (415) 436-7234
       Email: brigid.martin2@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )      No. CR 07-0182 SI
14                                     )
           Plaintiff,                  )
15                                     )      STIPULATION AND [PROPOSED]
       v.                              )      ORDER EXCLUDING TIME UNDER
16                                     )      THE SPEEDY TRIAL ACT
                                       )
17  JOSE VALENTIN-CASTRO,              )
           a/k/a Martin G. Contreras,  )
18                                     )
           Defendant.                  )
19                                     )
                                       )
20  _____   )

21

22        The United States and defendant Jose Valentin-Castro stipulate to exclusion of time

23  under the Speedy Trial Act from April 10, 2007, to April 27, 2007, as follows:

24        1.      On April 10, 2007, the parties appeared before the Magistrate Judge and the

25  defendant waived detention.

26        2.      At this appearance, defendant Jose Valentin-Castro requested, the government

27  agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C.

28  § 3161(c)(1), from April 10, 2007, to April 27, 2007.  The grounds for exclusion were under

   SPEEDY TRIAL ACT STIP.
   CR 07-0182 SI

1   18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  Failure to grant the requested exclusion of time would

2   unreasonably deny defense counsel and government counsel reasonable time necessary for

3   effective preparation, taking into account the exercise of due diligence.  Furthermore, the parties

4   agree that the ends of justice served by excluding the period from April 10, 2007, to April 27,

5   2007, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.

6   § 3161(h)(8)(A).

7        3.      A proposed Order is submitted with this stipulation.

8

9   DATED: April 11, 2007                    Respectfully submitted,

10                                           SCOTT N. SCHOOLS
                                             United States Attorney

11

12                                           /s/ Brigid S. Martin
                                             BRIGID S. MARTIN
13                                           Special Assistant United States Attorney

14   /s/ Steven G. Kalar
     STEVEN G. KALAR
15   Assistant Federal Public Defender
     Counsel for Jose Valentin-Castro
16   Tel: 415.436.7700

17

18

19

20

21

22

23

24

25

26

27

28

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN FRANCISCO DIVISION

7

8   UNITED STATES OF AMERICA,                 )        No. CR 07-0182 SI
                                              )
9            Plaintiff,                       )
                                              )        [PROPOSED] ORDER EXCLUDING
10      v.                                    )        TIME UNDER
                                              )        THE SPEEDY TRIAL ACT
11   JOSE VALENTIN-CASTRO,                     )
                                              )
12           a/k/a Martin G. Contreras,        )
                                              )
13           Defendant.                        )
                                              )
14   _____   )

15

16

17          Based upon the Stipulation of defendant Jose Valentin-Castro and the United States, and

     for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act,
18
     18 U.S.C. § 3161(c)(1), is excluded from April 10, 2007, to April 27, 2007, under 18 U.S.C.
19
     § 3161(h)(8)(A) & (B)(iv).  The Court finds that the failure to grant this exclusion of time would
20
     unreasonably deny counsel for the defendant and the government the reasonable time necessary
21
     for effective preparation, taking into account the exercise of due diligence.  The Court further
22
     finds that the ends of justice served by such action outweigh the best interest of the public and
23
     the defendant in a speedy trial.
24

25

26
     DATED:  ___April 12, 2007___
27
                                              _____
     ELIZABETH
28   United States

                                              Judge Elizabeth D. Laporte

     SPEEDY TRIAL ACT STIP.
     CR 07-0182 SI