SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    Email: brigid.martin2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JOSE VALENTIN-CASTRO, <br>    a/k/a Martin G. Contreras, <br>     Defendant. | No. CR 07-0182 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The United States and defendant Jose Valentin-Castro stipulate to exclusion of time under the Speedy Trial Act from April 27, 2007 to May 25, 2007, as follows:

    1.    On April 27, 2007, the parties appeared before the Court for a Status Hearing.

    2.    At this appearance, defendant Jose Valentin-Castro requested, the government agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 27, 2007 to May 25, 2007. The grounds for exclusion cited were 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI

1  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
2  into account the exercise of due diligence.  Furthermore, the parties agree that the ends of justice
3  served by excluding the period from April 27, 2007 to May 25, 2007, outweigh the best interest
4  of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5        3.      A proposed Order is submitted with this stipulation.

7  DATED:  May 1, 2007         Respectfully submitted,

8                                   SCOTT N. SCHOOLS
                                 United States Attorney

10                                  /s/ Brigid Martin
                                 BRIGID S. MARTIN
11                                  Special Assistant United States Attorney

12 /s/ Steve Kalar
   STEVEN G. KALAR
13 Counsel for Jose Valentin-Castro
   Tel: 415.436.7700

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI

|  |  |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |
| 4 | SAN FRANCISCO DIVISION |

UNITED STATES OF AMERICA,  )  No. CR 07-0182 SI
          Plaintiff,  )
    v.  )  [PROPOSED] ORDER EXCLUDING
            )  TIME UNDER
            )  THE SPEEDY TRIAL ACT
JOSE VALENTIN-CASTRO,  )
    a/k/a Martin G. Contreras,  )
          Defendant.  )

Based upon the Stipulation of defendant Jose Valentin-Castro and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from April 27, 2007 to May 25, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: _____        /s/ Susan Illston
                                        HON. SUSAN ILLSTON
                                        United States District Court Judge

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI