**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*
**STEVEN G. KALAR**
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax: (415) 436-7706
E-mail: Steven_Kalar@fd.org

Thursday, May 10, 2007

The Honorable Susan Illston
District Court Judge
 Northern District of California
Federal Building, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

RE: *United States v. Jose Valentin-Castro*, CR 07-0182 SI

Your Honor:

You will recall that Mr. Valentin-Castro is charged with illegal reentry, in violation of 8 USC § 1326. AUSA Brigid Martin and I have been discussing possible pretrial dispositions. To further those discussions I've suggested a settlement conference, and she has graciously agreed.

Therefore, I would respectfully request that this matter be referred for a settlement conference before the Honorable Joseph Spero, if he is available. Ms. Martin has no objection to this request.

Thank you for your consideration.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

/s

STEVEN G. KALAR
Assistant Federal Public Defender
Northern District of California

cc: AUSA Brigid Martin



IT IS SO ORDERED
Judge Susan Illston