| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | BRIGID S. MARTIN (CASBN 231705)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-7129 |
| 7 | Facsimile: (415) 436-7234<br>Email: brigid.martin2@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0182 SI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT |
| JOSE VALENTIN-CASTRO,<br>a/k/a Martin G. Contreras, | ) | |
| Defendant. | ) | |

The United States and defendant Jose Valentin-Castro stipulate to exclusion of time under the Speedy Trial Act from May 25, 2007 to June 22, 2007, as follows:

1. On May 25, 2007, the parties appeared for before the Court.

2. At this appearance, the government requested, the defendant agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 25, 2007 to June 22, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would unreasonably deny counsel

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI

reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the parties agree that the ends of justice served by excluding the period from May 25, 2007 to June 22, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

       3.      A proposed Order is submitted with this stipulation.

DATED: May 29, 2007              Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

                                          /s/ Brigid Martin
                                          BRIGID S. MARTIN
                                          Special Assistant United States Attorney

/s/ Steve Kalar
STEVE KALAR
Assistant Federal Public Defender
Counsel for Defendant
Tel: 415.436.7700

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0182 SI |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JOSE VALENTIN-CASTRO, a/k/a Martin G. Contreras, | ) | |
| Defendant. | ) | |

Based upon the Stipulation of defendant Jose Valentin-Castro and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from May 25, 2007 to June 22, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: _____    _____
SUSAN ILLSTON
United States District Court Judge

SPEEDY TRIAL ACT STIP.
CR 07-0182 SI